CHRISTINE M. BOOZE
Nevada Bar No. 7168
ANDREW D. SMITH
Nevada Bar No. 8890
WINNER & BOOZE
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
cbooze@winnerfirm.com
asmith@winnerfirm.com
*Attorneys for Defendant State Farm Mutual*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOANNE LIU and WESLEY CHONG,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and DOES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-00099- CDS-VCF |

**STIULATION AND ORDER TO EXTEND DISCOVERY**

**(First Request)**

Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its attorneys, Christine M. Booze and Andrew D. Smith of the law firm WINNER & BOOZE, and Plaintiffs JOANNE LIU and WESLEY CHONG, by and through their attorney, Robert E. Marshall, of the MARSHALL LAW OFFICE, hereby submit the following Stipulation and (Proposed) Order to Extend Discovery pursuant to LR 26-4 LR IA 6-1.

This is the first stipulation for an extension of discovery deadlines.

**A. Discovery Completed**

Plaintiffs have served their initial disclosure of witnesses and documents, and two supplement thereto.

Defendant has served its initial disclosure of witnesses and documents and one

1  supplement thereto.

2      Defendant has served one set of Interrogatories and one set of Requests for the
3  Production of Documents to Plaintiff, which have been answered.

4      Plaintiff has served one set of Interrogatories, one set of Requests for the Production of
5  Documents to Defendant, which have been answered.

### B. Discovery that Remains to Be Completed

Deposition of plaintiff Joanne Liu.

FRCP 35 examination of plaintiffs Joanne Liu and Wesley Chong.

Experts will need to review new records and supplement their reports.

Defendant anticipates deposing medical doctors, and plaintiffs' experts.

Plaintiff reserves the right to depose the Defendant's medical experts.

### C. The Reasons Why Discovery Was Not Completed In the Time Limits Set by the Discovery Plan

Coordinating a date for the Plaintiffs' depositions and Rule 35 examinations has taken longer than expected. Both Plaintiffs maintain residences outside of Nevada. Defendant retained David Fish, MD, to conduct a Rule 35 exam prior to litigation. Dr. Fish practices medicine in Southern California but travels regularly to Las Vegas for matters such as this.

Counsel for both parties are attempting to schedule dates, in which both Plaintiffs' depositions and Rule 35 exams can be conducted, to minimize their travel to and from Las Vegas.

A 90-day extension of discovery is respectfully requested to permit the depositions and Rule 35 exams to be taken, and to permit experts to complete reports based on those exams prior to the initial expert disclosure deadline.

### D. Proposed Schedule for Completing Discovery

The parties propose to complete discovery on the following deadlines:

- Discovery Cut-Off:                                February 7, 2023

1. • Deadline to Disclose Initial Experts: December 8, 2022
2. • Deadline to Disclose Rebuttal Experts: January 8, 2023
3. • Deadline to File Dispositive Motions: March 9, 2023
4. • Deadline to File Joint Pre-Trial Order April 10, 2023

*If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.*

DATED this  30th  day of August, 2022.
2020.

DATED this  29th  day of August, 2022.

WINNER & BOOZE

MARSHALL LAW OFFICE

By: _____

By: _____

Andrew D. Smith
Nevada Bar No. 8890
1117 S. Rancho Drive
Las Vegas, NV 89102
Tel: (702) 243-7000
*For the Defendant*

Robert E. Marshall
Nevada Bar No. 4327
625 South 8th Street
Las Vegas, NV 89101
Tel: (702) 474-000
*For the Plaintiffs*

## ORDER

IT IS SO ORDERED.

DATED this  30th  day of  August , 2022.

_____
U.S. JUDGE MAGISTRATE