CHRISTINE M. BOOZE
Nevada Bar No. 7168
RACHEL L. SHELSTAD
Nevada Bar No. 13399
WINNER & BOOZE
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
cbooze@winnerfirm.com
rshelstad@winnerfirm.com
*Attorneys for Defendant State Farm Mutual*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOANNE LIU and WESLEY CHONG,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and DOES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-00099- CDS-VCF |

**STIULATION AND ORDER TO EXTEND DISCOVERY**

**(Second Request)**

Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its attorneys, Christine M. Booze and Rachel L. Shelstad of the law firm WINNER & BOOZE, and Plaintiffs JOANNE LIU and WESLEY CHONG, by and through their attorney, Robert E. Marshall, of the MARSHALL LAW OFFICE, hereby submit the following Stipulation and (Proposed) Order to Extend Discovery pursuant to LR 26-4 LR IA 6-1.

This is the second stipulation for an extension of discovery deadlines.

**A. Discovery Completed**

Plaintiffs have served their initial FRCP disclosure of witnesses and documents, and one supplement thereto.

Defendant has served its initial FRCP disclosure of witnesses and documents and

fourteen supplements thereto.

Plaintiffs have served their initial Expert Witness Designation.

Defendant has served its initial Expert Witness Designation and two supplements thereto.

Defendant has served its initial Rebuttal Expert Witness Designation and one supplement thereto.

Defendant has served one set of Interrogatories and one set of Requests for the Production of Documents to Plaintiff, which have been answered.

Plaintiff has served one set of Interrogatories, one set of Requests for the Production of Documents to Defendant, which have been answered.

Defendant has deposed Plaintiffs' multiple medical doctors:

- Dr. Antonino Gumina;
- Dr. Nancy Hsiao
- Dr. David Lanzkowky;
- Dr. Enrico Fazzini;
- Dr. Inchol Yun;
- Dr. Russell Glassman.

Defendant has taken the Examination Under Oath of Plaintiff Joanne Liu, volumes I and II.

Defendant has taken the Examination Under Oat of Plaintiff Wesley Chong, volume I.

Multiple Subpoena Duces Tecum have been served upon plaintiff's medical providers in order to obtain the medical records of plaintiffs Joanne Liu and Wesley Chong.

**Discovery that Remains to Be Completed**

Videotaped deposition of plaintiff Joanne Liu.

Videotaped deposition of plaintiff Wesley Chong. Mr. Chong's deposition is scheduled and set to take place on 1/24/2023.

Experts will need to review new medical records and supplement their reports.

Plaintiff reserves the right to depose the Defendant's medical experts.

**B. The Reasons Why Discovery Was Not Completed In the Time Limits Set by the Discovery Plan**

Coordinating a date for the Plaintiff Joanne Liu's deposition.

Counsels for both parties are attempting to schedule the date, in which Plaintiff Joanne Liu's deposition can be conducted.

A 30-day extension of discovery is respectfully requested to permit the deposition and to permit experts to complete supplemental reports based on their review of medical records.

**C. Proposed Schedule for Completing Discovery**

The parties propose to complete discovery on the following deadlines:

- Discovery Cut-Off: March 9, 2023
- Deadline to Disclose Initial Experts: No Extension Requested
- Deadline to Disclose Rebuttal Experts: No Extension Requested
- Deadline to File Dispositive Motions: April 10, 2023
- Deadline to File Joint Pre-Trial Order: May 10, 2023

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

DATED this 23rd day of January, 2023.

WINNER & BOOZE

By: /s/ Rachel L. Shelstad

Rachel L. Shelstad
Nevada Bar No. 13399
1117 S. Rancho Drive
Las Vegas, NV 89102
Tel: (702) 243-7000
*For the Defendant*

DATED this 23 day of January, 2023.

MARSHALL LAW OFFICE

By: [signature]

Robert E. Marshall
Nevada Bar No. 4327
625 South 8th Street
Las Vegas, NV 89101
Tel: (702) 474-000
*For the Plaintiffs*

IT IS SO ORDERED.

[signature]

Cam Ferenbach
United States Magistrate Judge

DATED 1-24-2023