**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

JOANNE LIU and WESLEY CHONG,

    Plaintiff(s),

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant(s).

2:22-cv-00099-APG-VCF

**ORDER**

Before the Court are the motion to compel (ECF No. 22) and motion to extend discovery deadlines (ECF NO. 23).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on the motion to compel (ECF No. 22) and motion to extend discovery deadlines (ECF NO. 23), is scheduled for 2:00 PM, April 18, 2023, in Courtroom 3D.

DATED this 31st day of March 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE