CHRISTINE M. BOOZE
Nevada Bar No. 7168
RACHEL L. SHELSTAD
Nevada Bar No. 13399
WINNER & BOOZE
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
cbooze@winnerfirm.com
rshelstad@winnerfirm.com
*Attorneys for Defendant State Farm Mutual*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOANNE LIU and WESLEY CHONG,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and DOES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-00099- CDS-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

On March 7, 2023, Plaintiffs filed their First Motion to Compel (ECF 22). On March 21, 2023, Defendant filed a Response to Plaintiffs' First Motion to Compel (ECF 24). On March 24, 2023, Plaintiffs filed a Reply to Defendant's Response to Plaintiffs' First Motion to Compel (ECF 27). On March 8, 2023, Plaintiffs filed their Motion to Extend Discovery Deadlines (ECF 23). On March 22, 2023, Defendant filed a Response to Plaintiffs' Motion to Extend Discovery Deadlines (ECF 25). On March 24, 2023, Plaintiffs filed a Reply to Defendant's Response to Plaintiffs' Motion to Extend Discovery Deadlines (ECF 26).

On April 26, 2023, a hearing was held before Magistrate Judge Cam Farenbach as to Plaintiffs' Motion to Compel (ECF 22) and Plaintiffs' Motion to Extend Discovery Deadlines (ECF 23). Thomas E. Winner, Esq., and Rachel L. Shelstad, Esq. attended on behalf of the

Defendant. Robert Marshall, Esq. attended on behalf of the Plaintiffs. The Honorable Court made preliminary remarks and heard the representations of counsel. The Honorable Court Ordered that Plaintiffs' Motion to Compel (ECF 22) be continued until June 12, 2023, and Plaintiffs' Motion to Extend Discovery Deadlines (ECF 23) was GRANTED and discovery deadlines were vacated (ECF 30).

The Honorable Court ordered parties to attempt to reach an agreement as to the parameters of the Plaintiffs' Motion to Compel (ECF 22) and if parameters could not be reached, that the parties should request that the Status Conference on June 12, 2023, proceed forward (ECF 30). The Honorable Court ordered that at the time of the Status Conference on June 12, 2023, the remaining allowable discovery would be ordered, including but not limited to the deposition of Plaintiff Liu and the depositions of Defendant's designated experts.

RACHEL L. SHELSTAD, ESQ, counsel for Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and ROBERT E. MARSHALL, counsel for Plaintiffs, JOANNE LIU and WESLEY CHONG, hereby stipulate and agree to continue the Status Conference on June 12, 2023, to one of the following dates: June 19, 2023, June 28, 2023, June 29, 2023, or to the Court's next available motion calendar. The continuance has been requested by the Defendant's attorneys due to an unexpected scheduling conflict.

| *Respectfully Submitted by:* | *Approved as to Form and Content by:* |
|---|---|
| DATED this 7th day of June, 2023 | DATED this 7th day of June, 2023. |
| WINNER & BOOZE | MARSHALL LAW OFFICE |
| /s/ Rachel L. Shelstad | /s/ Robert Marshall |
| Rachel L. Shelstad<br>Nevada Bar No. 13399<br>1117 South Rancho Drive<br>Las Vegas, Nevada 89102<br>*Attorneys for Defendant* | Robert Marshall<br>Nevada Bar No. 4327<br>625 South Eighth Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff* |

## ORDER

IT IS HEREBY ORDERED that the Status Conference currently set for June 12, 2023, at 10:00 a.m., is hereby CONTINUED until ___July 6_____, 2023, at __10___ a.m. in person in Courtroom 3D.

**IT IS SO ORDERED.**

Dated: ___June 9_____, 2023

_____
UNITED STATES MAGISTRATE JUDGE