**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| Joanne Liu and Wesly Chong,<br><br>        Plaintiff(s),<br><br>v.<br><br>State Farm Mutual Automobile Insurance Company,<br><br>        Defendant(s). | 2:22-cv-99-CDS-VCF<br><br>**ORDER** |

Due to a conflict on the Court's calendar,

IT IS HEREBY ORDERED that the status conference scheduled for 10:00 AM, July 6, 2023, is RESCHEDULED to 3:00 PM, July 6, 2023, in Courtroom 3D.

DATED this 13th day of June 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE