# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| Joanne Liu and Wesley Chong, | |
| Plaintiff(s), | 2:22-cv-00099-CDS-VCF |
| v. | **ORDER** |
| State Farm Mutual Automobile Insurance Company, | |
| Defendant(s). | |

Before the court is the motion for protective order. (ECF No. 43).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on the motion for protective order (ECF No. 43), is SCHEDULED for 1:00 PM, November 9, 2023, in Courtroom 3D.

DATED this 5th day of October 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1