SAO
THOMAS E. WINNER
Nevada Bar No. 5168
LARA L. MILLER
Nevada Bar No. 12618
WINNER & BOOZE
1117 S. Rancho Drive
Las Vegas, NV 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
twinner@winnerfirm.com
lmiller@winnerfirm.com
*Attorney for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOANNE LIU and WESLEY CHONG,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and DOES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-00099- CDS-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiffs, Joanne Liu and Wesley Chong, by and through their counsel, Robert E. Marshall, and Defendant, State Farm Mutual Automobile Insurance Company, by and through its attorneys, Thomas E. Winner and Lara L. Miller of the law firm of Winner & Booze, that the Plaintiffs' Complaint be dismissed with prejudice, and each party to bear their own costs, interest, and attorney's fees.

IT IS FURTHER STIPULATED that no jury fees were posted in the above referenced matter.

/ / /

/ / /

/ / /

/ / /

Page 1 of 3

001-7550

1   IT IS FURTHER STIPULATED THAT the trial date of October 21, 2024 and Calendar
2 Call hearing of October 10, 2024 be vacated in this matter.
3   DATED this 21st day of October, 2024.

WINNER & BOOZE

*/s/Lara L. Miller*
THOMAS E. WINNER
Nevada Bar No. 5168
LARA L. MILLER
Nevada Bar No. 12618
1117 S. Rancho Drive
Las Vegas, NV 89102
Attorneys for Defendant

MARSHALL LAW OFFICE

ROBERT E. MARSHALL
Nevada Bar No. 4327
625 South Eighth Street
Las Vegas, Nevada 89101
Attorneys for Plaintiffs

001-7550

1  IT IS FURTHER STIPULATED THAT the trial date of October 21, 2024 and Calendar
2  Call hearing of October 10, 2024 be vacated in this matter.
3  DATED this _____ day of October, 2024.

WINNER & BOOZE

_____
THOMAS E. WINNER
Nevada Bar No. 5168
LARA L. MILLER
Nevada Bar No. 12618
1117 S. Rancho Drive
Las Vegas, NV 89102
Attorneys for Defendant

MARSHALL LAW OFFICE

4- OCTOBER-2024
_____
ROBERT E. MARSHALL
Nevada Bar No. 4327
625 South Eighth Street
Las Vegas, Nevada 89101
Attorneys for Plaintiffs

## ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Plaintiffs' Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees; and,

IT IS FURTHER ORDERED that no jury fees have been posted in the above referenced matter.

The Clerk of Court is kindly instructed to close this case.

Dated: October 23, 2024

_____
United States District Judge